# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2463
_____

JAMES PACE IV, individually,

Appellant,

v.

DYREN GRENON, and CARMA
GRENON, GUARDIAN HOME
INSPECTIONS & REPAIRS, INC.,
1ST CHOICE PEST SERVICES,
LLC,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

August 24, 2018

PER CURIAM.

DISMISSED. *See Fisher v. Int'l Longshoremen's Ass'n*, 827 So. 2d 1096 (Fla. 1st DCA 2002); *Warren v. Southeastern Leisure Sys., Inc.*, 522 So. 2d 979 (Fla. 1st DCA 1988).

WOLF, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert Woolfork, Tallahassee, for Appellant.

Matthew M. Whiddon and Trevor G. Hawes of Cole, Scott & Kissane, P.A., Jacksonville, for Appellee 1st Choice Pest Services; Halley M. Stephens and Clifton S. Renn of Stephens Law, LLC, Tallahassee, for Appellees Dyren Grenon and Carma Grenon.

No appearance for Appellee Guardian Home Inspections & Repairs.